# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATLANTIC HYDROCARBON, LLC, | No. 4:17-CV-02090 |
| Plaintiff, | (Judge Brann) |
| v. | |
| SWN PRODUCTION COMPANY, LLC, | |
| Defendant. | |

## ORDER

### June 15, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss, ECF No. 9, is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The motion is **DENIED** to the extent that Counts I and II of the Amended Complaint, ECF No. 7, depend on Plaintiff's claims that Defendant and Angelina Gathering Company, LLC, are alter egos of one another; but

2. The motion is **GRANTED** to the extent that Counts I and II of the Amended Complaint, ECF No. 7, depend on Plaintiff's claims that the contractual agreements in question are ambiguous, and those claims are **DISMISSED WITH PREJUDICE**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge