# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ATLANTIC HYDROCARBON, LLC, | No. 4:17-CV-02090 |
| Plaintiff. | (Judge Brann) |
| v. | |
| SWN PRODUCTION COMPANY, LLC, | |
| Defendant. | |

## ORDER

### FEBRUARY 26, 2019

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Judgment on the Pleadings, ECF No. 25, is **GRANTED**.

2. Plaintiff's Amended Complaint, ECF No. 7, is **DISMISSED WITH PREJUDICE**.

3. The Joint Motion for Temporary Stay, ECF No. 29, is **DENIED AS MOOT**.

4. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge